UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| JOSEPH ROBERT KENNEDY, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| | ) | |
| *vs.* | ) | 1:14-cv-00374-JMS-MJD |
| | ) | |
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| *Defendant.* | ) | |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Consistent with the Court's Order entered this date, the Court now enters **FINAL JUDGMENT** in this matter in favor of Defendant such that Plaintiff shall take nothing by way of the Complaint.

September 29, 2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana


Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via U.S. Mail to:**

Joseph Robert Kennedy
6724 Colville Place
Indianapolis, IN 46236

**Distribution via ECF to all counsel of record**